Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 13−32752−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.
        Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael A. DeLorenzo
  69 Braddock Avenue
  Hammonton, NJ 08037

Social Security No.:
  xxx−xx−5413

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 19, 2016</u>           <u>Andrew B. Altenburg Jr.</u>
                                           <u>Andrew B. Altenburg Jr.</u>
                                           Judge, United States Bankruptcy Court